**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sean Twomey, et al.

Plaintiff,

v.

Case No.: 1:26−cv−05320
Honorable Sunil R. Harjani

Ace Hardware Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 2, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Joint motion to enter proposed briefing schedule and page limits for motions to dismiss and motion to compel arbitration [73] is granted. Defendants' motion to dismiss or responsive pleading to Plaintiffs' amended complaint shall be due by 10/30/2026. Plaintiffs' response brief shall be due by 1/8/2027, and Defendants' reply is due 2/12/2027. Defendants' motions to compel arbitration shall be due by 10/30/2026. Plaintiff Sean Twomey's response brief shall be due by 1/8/2027, and Defendants' reply shall be due 2/12/2027. Defendants' total opening briefing in support of their Rule 12(b) Motions shall not exceed 60 pages, inclusive of both their separate and consolidated briefs. Plaintiffs' total briefing in support of their opposition to Defendants' Rule 12(b) Motions shall also be limited to 60 pages. Defendants' reply briefing in support of their Rule 12(b) Motions shall not exceed 30 pages, accounting for both their separate and consolidated briefs. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.