**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SEAN TWOMEY; WILLIAM CRIM; GREGORY ERNST; JASON GOODIN; and ADAM KLEEKAMP, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ACE HARDWARE CORPORATION; ACE RETAIL HOLDINGS LLC; ACE RETAIL GROUP, INC.; EPICOR SOFTWARE CORPORATION; ACE HARDWARE OF CHATTANOOGA, INC.; BELLMORE HOME CENTER, INC. (d/b/a "COSTELLO'S ACE HARDWARE"); BOLSTER HARDWARE LLC; THE HELPFUL HARDWARE COMPANY, LLC; THE HELPFUL GROUP, LLC; NIEMANN FOODS, INC.; W.E. AUBUCHON CO., INC.; and WHITMORE INVESTMENTS, INC.,

Defendants.

Case No. 1:26-cv-05320

Honorable Sunil R. Harjani

**DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Ace Hardware Corporation, Ace Retail Holdings LLC, Ace Retail Group, Inc., Epicor Software Corporation, Ace Hardware of Chattanooga, Inc., Bellmore Home Center, Inc. (d/b/a "Costello's Ace Hardware"), Bolster Hardware LLC, The Helpful Hardware Company, LLC, The Helpful Group, LLC, Niemann Foods, Inc., W.E. Aubuchon Co., Inc., and Whitmore Investments, Inc. (collectively, "Defendants") hereby move this Court to dismiss Plaintiffs' Amended Complaint. In support of this Motion, Defendants concurrently submit a Memorandum of Law in Support and the Declaration of Michael S. Pullos with attached exhibits.

Dated: October 30, 2026

Respectfully submitted,

By: /s/ *John J. Hamill*

John J. Hamill
john.hamill@us.dlapiper.com
Michael S. Pullos
michael.pullos@us.dlapiper.com
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
T: 312.368.4000

*Counsel for Ace Hardware Corporation, Ace Retail Holdings LLC, Ace Retail Group, Inc., Ace Hardware of Chattanooga, Inc., Bellmore Home Center, Inc. (d/b/a "Costello's Ace Hardware"), Bolster Hardware LLC, The Helpful Hardware Company, LLC, The Helpful Group, LLC, Niemann Foods, Inc., W.E. Aubuchon Co., Inc., and Whitmore Investments, Inc.*

By: /s/ *Gary Feinerman (with consent)*

Gary Feinerman
gary.feinerman@lw.com
Latham & Watkins LLP
330 N Wabash Ave Suite 2800
Chicago, IL 60611
T: 312.876.7700

Ashley M. Bauer
ashley.bauer@lw.com
Latham & Watkins LLP
505 Montgomery Street Suite 2000
San Francisco, CA 94111
T: 415.391.0600

Lawrence E. Buterman
lawrence.buterman@lw.com
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
T: 212.906.1200

Marguerite Mitchell Sullivan
marguerite.sullivan@lw.com
Latham & Watkins LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004
T: 202.637.2200

*Counsel for Epicor Software Corporation*

## CERTIFICATE OF SERVICE

I, Michael S. Pullos, do hereby certify that, on this 30th day of October 2026, I electronically filed a copy of **DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT** using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing was served to all counsel of record registered on the ECF system.

*/s/ Michael S. Pullos*
Michael S. Pullos